UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TAYLOR BROWN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23CV1078 |
| | ) | |
| TOWN OF NORMAL, ET AL. | ) | Judge James E. Shadid |
|     Defendants. | ) | Magistrate Judge Jonathan E. Hawley |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COME the Plaintiff's attorneys, Abby D. Bakos and Ronak Maisuria, respectfully moving this Court to withdraw their appearances as counsel for the Plaintiff in this matter. In support thereof, the undersigned state as follows:

1. The undersigned, Attorney Bakos, filed the operative Plaintiff's Complaint on February 23, 2023 and filed her appearance therewith. Dkts. 1,2.

2. On September 15, 2023, the undersigned, Attorney Maisuria, filed her appearance on behalf of the Plaintiff. Dkt. 15.

3. Since that time, the parties exchanged materials pursuant to Federal Rule of Civil Procedure 26(a) and written discovery requests. In light of written discovery, information previously unknown to the undersigned upon filing has come to light.

4. On November 28, 2023, the parties filed a joint motion to stay this civil action as it was anticipated that a criminal indictment against Plaintiff may be forthcoming. Dkt. 23.

5. This court granted such motion on November 29, 2023. *Id*. As such, this matter is currently stayed.

6. On January 23, 2024, the undersigned attorneys were informed that the Plaintiff has been indicted by the state of Illinois for alleged crimes stemming from the incident that is the subject of this lawsuit.

7. Based on the recent indictment as well as certain materials and other information discovered since the undersigned's appearances were filed, irreconcilable differences have arisen as to the direction of this litigation.

8. Consequently, the undersigned counsels of record hereby request leave to withdraw as Plaintiff's counsels. The Plaintiff is aware of this motion.

9. This motion will not prejudice the representation of the Plaintiff nor cause any undue delay in this proceeding.

WHEREFORE the undersigned attorneys respectfully request that this Honorable Court grant the undersigned's Motion for Leave to Withdraw as Plaintiff's Counsel and for any additional relief that this court may deem equitable and just.

Respectfully submitted,

/s/ Abby D. Bakos

/s/ Ronak Maisuria

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she served the foregoing Motion to Withdraw, upon all attorneys of record via CM/ECF Filing and upon the Plaintiff, Taylor Brown, via email and certified mail at the following address on January 26, 2024:

Taylor Brown
2218 W 118th St
Chicago, Il 60643
taylorannyce92@gmail.com


Respectfully submitted,

/s/ Abby D. Bakos