IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TAYLOR BROWN., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-01078-JES-JEH |
| | ) | |
| v. | ) | Hon. James E. Shadid |
| | ) | Hon. Mag. Jonathan E. Hawley |
| TOWN OF NORMAL, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO PERMIT NEW COUNSEL
TO APPEAR AND TO RESPOND TO THE COURT'S SHOW CAUSE ORDER**

Now comes Loevy & Loevy, seeking leave to appear on behalf of Plaintiff Taylor Brown, and in response to this Court's Show Cause Order states as follows.

## Introduction

1. On February 16, 2024, this Court issued a Show Cause Order for the Plaintiff to explain by March 1, 2024, why she failed to appear at the hearing when her former attorneys withdrew.

2. As the Court's April 5 Order reflects, Plaintiff failed to comply, prompting another deadline and a warning that failure to comply would result in a recommendation to dismiss this action.

3. By the same order, this Court generously extended the deadline for Plaintiff's response to April 19.

4. Through undersigned counsel, Plaintiff hereby respectfully requests that undersigned counsel be given leave to appear on behalf of Plaintiff, and that the Show Cause Order be vacated.

1

## Discussion

5. This case involves an allegation of excessive force. Specifically, on February 9, 2023, Plaintiff was brought to the Normal police station in connection with an investigation. She was not arrested and was told she was just a witness.

6. In the lobby of the police station, the Defendants demanded that she surrender her phone, which she refused. The Defendants then physically attacked her, taking her to the ground and taking the phone from her without her consent.

7. The entire encounter was captured on videotape. While Plaintiff was on the ground after being tackled and attacked by the police, who were then attempting to pry her phone from her hands, the Defendants allege that her leg struck one of the officers.

8. In late March of 2024, more than a year after the events at issue and after she filed this civil lawsuit, Plaintiff was arrested and charged with a criminal battery in connection with the excessive force that gives rise to this civil action.

9. Plaintiff was arrested in Atlanta, where she lived (and where she lived at the time of the last court appearance that she missed). After being arrested, Plaintiff waived extradition in late March, but remains jailed while she waits for the Normal Defendants to come pick her up and bring her back to Illinois.

10. Because of Plaintiff's incarceration, undersigned Counsel has not been in contact with Plaintiff since her arrest but has learned the foregoing from her mother and criminal defense attorney.

11. Undersigned counsel had been in discussions with counsel for the Defendants about his repeated requests for a meeting to discuss possible resolution of the case without the need to expend further resources on litigation. Had the meeting been set up, the Show Cause Order could have become moot. That meeting never got set up, however, and the Defendants instead proceeded to arrest Ms. Taylor.

12. Undersigned counsel seeks permission to file appearances and litigate this case. On behalf of Plaintiff, counsel also asks this Court to withdraw the Show Cause Order because Plaintiff's counsel will hereafter appear on her behalf.

Wherefore, Plaintiff respectfully requests that this Court (a) lift the Show Cause Order; and (b) permit undersigned counsel to appear on Plaintiff's behalf.

Respectfully submitted,

s/ Jon Loevy

Jon Loevy
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
jon@loevy.com

## CERTIFICATE OF SERVICE

    I, Jon Loevy, an attorney, hereby certify that on April 16, 2024, I filed the foregoing Motion, via CM/ECF, which served all counsel via electronic service.

s/ Jon Loevy

4